This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 110
In the Matter of the Hon. Lurlyn
A. Winchester, a Justice of the
Monroe Town Court, Orange County.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

On the Court's own motion, it is determined that Honorable Lurlyn A. Winchester is suspended, with pay, effective immediately, from the office of Justice of Monroe Town Court, Orange County, pursuant to New York Constitution, article VI, § 22 and Judiciary Law § 44.  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided June 27, 2017